Certificate Number: 13858-PAM-DE-033755186

Bankruptcy Case Number: 17-01066


13858-PAM-DE-033755186

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 26, 2019, at 5:44 o'clock PM EST, Angela Burris completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 26, 2019   By: /s/Karlee Ann Reardon

Name: Karlee Ann Reardon

Title: Counselor