In re:  Case No. 17-01066-HWV

Angela Lynn Burris  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 4

Date Rcvd: Sep 16, 2021     Form ID: 3180W     Total Noticed: 56

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela Lynn Burris, 345 Folkstone Way, York, PA 17402-4229 |
| 4897539 | + | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4897540 | + | BRCLYSBANK DE, 125 SOUTH WEST ST, WILMINGTON, DE 19801-5014 |
| 4897541 | + | C J DOUDRICK, GENERAL CONTRACTOR, 25 THIRD AVENUE, YORK, PA 17404-2505 |
| 4897545 | | CCB/BOSCOV, BANKRUPTCY NOTICES, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 4897549 | | CJ DOUDRICK, 25 THRID AVENUE, YORK, PA 17404 |
| 4948922 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 4897552 | + | HOME POINT FINANCIAL CORPORATION, CORRESPONDENCE, PO BOX 77404, EWING, NJ 08628-6404 |
| 4897555 | | MEMORIAL HOSP BUS OFFICE, 325 S BELMONT ST, PO BOX 15118, YORK, PA 17405-7118 |
| 4897556 | | MEMORIAL HOSPITAL, 325 S BELMONT ST, PO BOX 15118, YORK, PA 17405-7118 |
| 4897557 | + | MEMORIAL HOSPITAL, PO BOX 505167, SAINT LOUIS, MO 63150-5167 |
| 4918577 | + | NA Partners in Anesthesia - PA, C Tech Collections, 5505 Nesconset Hwy - Ste 200, Mt Sinai, NY 11766-2026 |
| 4897558 | + | NORTH AMERICAN PARTNERS IN ANESTHESIA, PO BOX 275, GLEN HEAD, NY 11545-0275 |
| 4897573 | + | VA MORTGAGE GUARANTEE, DEPT VETS AFFAIRS, REGIONAL LOAN CENTER, 1240 EAST NINTH STREET, CLEVELAND, OH 44199-9904 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4897538 | + | EDI: AMEREXPR.COM | Sep 16 2021 22:58:00 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 4939635 | | EDI: BECKLEE.COM | Sep 16 2021 22:58:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4897542 | | EDI: WFNNB.COM | Sep 16 2021 22:58:00 | CB/BON, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4897543 | | EDI: WFNNB.COM | Sep 16 2021 22:58:00 | CB/NY&CO, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4897544 | | EDI: WFNNB.COM | Sep 16 2021 22:58:00 | CB/PIER1, BK NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 4897548 | + | EDI: CITICORP.COM | Sep 16 2021 22:58:00 | CITIBANK (SOUTH DAKOTA) NA, 701 EAST 60TH STREET N, SIOUX FALLS, SD 57104-0493 |
| 4949764 | + | EDI: WFNNB.COM | Sep 16 2021 22:58:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 4897550 | | EDI: PENNDEPTREV | Sep 16 2021 22:58:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4897550 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 16 2021 18:55:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4897570 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 16 2021 18:55:00 | UNEMP COMP OVERPAYMENT MATTERS, |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4897551 | EDI: DISCOVER.COM | Sep 16 2021 22:58:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 4900282 | EDI: DISCOVER.COM | Sep 16 2021 22:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5129696 | Email/Text: bankruptcy@homepointfinancial.com | Sep 16 2021 18:55:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 5129697 | Email/Text: bankruptcy@homepointfinancial.com | Sep 16 2021 18:55:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234, Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 4897553 | EDI: IRS.COM | Sep 16 2021 22:58:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4897546 | Email/Text: info@pamd13trustee.com | Sep 16 2021 18:55:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4897547 | EDI: JPMORGANCHASE | Sep 16 2021 22:58:00 | CHASE, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 4938587 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 16 2021 18:57:32 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4897554 | + Email/Text: unger@members1st.org | Sep 16 2021 18:55:00 | MEMBERS 1ST FCU, 5000 LOUISE DR, PO BOX 40, MECHANICSBURG, PA 17055-0040 |
| 4929920 | + Email/Text: unger@members1st.org | Sep 16 2021 18:55:00 | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 4936459 | + EDI: MID8.COM | Sep 16 2021 22:58:00 | Midland Funding, LLC, Midland Credit Management, Inc. as, agent for Midland Funding, LLC, PO Box 2011, WARREN, MI 48090-2011 |
| 4897559 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | PAY PAY CREDIT, BK NOTICES, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4949338 | EDI: PRA.COM | Sep 16 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4898513 | + EDI: RECOVERYCORP.COM | Sep 16 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4927953 | EDI: Q3G.COM | Sep 16 2021 22:58:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 4897560 | EDI: CITICORP.COM | Sep 16 2021 22:58:00 | SEARS/CBNA, PO BOX 6286, SIOUX FALLS, SD 57117-6286 |
| 4897561 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/AMAZON, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 4897562 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/AMEG, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 4897563 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/ASHFRN, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 4897564 | EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 4897565 | + EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/LOWES, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 4897566 | EDI: RMSC.COM | Sep 16 2021 22:58:00 | SYNCB/ONDC, ATTN: BK NOTICES, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 4897567 | + EDI: RMSC.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 16 2021 22:58:00 | SYNCB/SAM'S, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5183691 | + | Email/Text: bncmail@w-legal.com | Sep 16 2021 18:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5183690 | + | Email/Text: bncmail@w-legal.com | Sep 16 2021 18:55:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4897568 | + | EDI: WTRRNBANK.COM | Sep 16 2021 22:58:00 | TARGET NATIONAL BANK, 3901 WEST 53RD STREET, SIOUX FALLS, SD 57106-4221 |
| 4927485 | + | Email/Text: bncmail@w-legal.com | Sep 16 2021 18:55:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4897569 | + | EDI: CITICORP.COM | Sep 16 2021 22:58:00 | THD/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 4897571 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Sep 16 2021 18:55:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4897572 | + | EDI: USAA.COM | Sep 16 2021 22:58:00 | USAA SAVINGS BANK, 10750 MCDERMOTT PWY FWY, SAN ANTONIO, TX 78288-1600 |
| 4913933 | + | Email/Text: bncmail@w-legal.com | Sep 16 2021 18:55:00 | USAA SAVINGS BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4897574 | | EDI: WFFC.COM | Sep 16 2021 22:58:00 | WELLS FARGO HOME MORT INC, ONE HOME CAMPUS, MAC X2501-01F, DES MOINES, IA 50328-0001 |
| 4897575 | | Email/Text: bankruptcydept@wyn.com | Sep 16 2021 18:55:00 | WYNDHAM VACATION RESORTS, PO BOX 98940, LAS VEGAS, NV 89193-8940 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Members 1st Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Home Point Financial Corporation cwohlrab@raslg.com |
| Dorothy L Mott | on behalf of Debtor 1 Angela Lynn Burris DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Home Point Financial Corporation bkgroup@kmllawgroup.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Angela Lynn Burris karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com |
| Karl M Ledebohm | on behalf of Creditor Members 1st Federal Credit Union kledebohm@epix.net |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Angela Lynn Burris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3044<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–01066–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Angela Lynn Burris

9/16/21

**By the court:**

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ToniaWilson, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**